# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| American Systems Corporation | ) ASBCA No. 59946 |
| | ) |
| Under Contract No. N62583-08-D-0136 | ) |

APPEARANCES FOR THE APPELLANT:  Joseph G. Billings, Esq.
Katherine B. Hill, Esq.
  Miles & Stockbridge P.C.
  Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Robyn L. Hamady, Esq.
Anthony K. Hicks, Esq.
  Trial Attorneys
Matthew S. Hawkins, Esq.
  Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 July 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59946, Appeal of American Systems Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals